UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SIGMUND COHN CORP.,<br><br>    Plaintiff<br><br>-against-<br><br>MARSHALL ENGINEERING, INC., JOSEPH MARSHALL, and INTERNATIONAL ROLLING MILLS, INC.,<br><br>    Defendants | Civil Action No. 12-CIV-8053(VLB)(GAY) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS JOSEPH MARSHALL AND MARSHALL ENGINEERING, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Marshall Engineering, Inc. and Joseph Marshall by their attorneys Snitow Kanfer & Holtzer, LLP, certify the following:

Marshall Engineering, Inc. has no parent corporation. No publicly-held company owns ten percent (10%) or more of its stock.

Dated:  December 28, 2012

                                                      Respectfully submitted,

By: _____
Virginia K. Trunkes (VT-8642)
SNITOW KANFER & HOLTZER, LLP
575 Lexington Avenue, 14th Floor
New York, New York 10022
Telephone:  (212) 317-8500
Facsimile:  (212) 317-1308
vtrunkes@skhmlaw.com
*Attorneys for Defendants Marshall Engineering, Inc. and Joseph Marshall*