UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGMUND COHN CORP., <br><br>                          Plaintiff, <br><br> v. <br><br> MARSHALL ENGINEERING, INC., JOSEPH MARSHALL, and INTERNATIONAL ROLLING MILLS, INC. <br><br>                          Defendants. | Civil Action No. 12-CV-8053 (VLB) <br><br> **MOTION FOR ADMISSION** <br> ***PRO HAC VICE*** |

     Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Emily C. Shanahan, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for International Rolling Mills, Inc. in the above-captioned action.

     I am in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:    January 4, 2013

                                Respectfully submitted,

                                s/Emily C. Shanahan
                                Applicant Signature

                                Applicant's Name:   Emily C. Shanahan
                                Firm Name:   Tarlow, Breed, Hart & Rodgers, P.C.
                                Address:   101 Huntington Ave., 5th Floor, Prudential Center
                                City / State / Zip:   Boston, MA  02199
                                Telephone / Fax:   617.218.2000 / 617.261.7673
                                Email:   eshanahan@tbhr-law.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGMUND COHN CORP.,<br><br>                              Plaintiff,<br><br>v.<br><br>MARSHALL ENGINEERING, INC., JOSEPH MARSHALL, and INTERNATIONAL ROLLING MILLS, INC.<br><br>                              Defendants. | Civil Action No. 12-CV-8053 (VLB)<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

      The motion of Emily C. Shanahan for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

      Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Massachusetts; and that her contact information is as follows:

      Applicant's Name:   Emily C. Shanahan
      Firm Name:   Tarlow, Breed, Hart & Rodgers, P.C.
      Address:   101 Huntington Ave., 5th Floor, Prudential Center
      City / State / Zip:   Boston, MA  02199
      Telephone / Fax:   617.218.2000 / 617.261.7673

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for International Rolling Mills, Inc. in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. Counsel shall immediately forward the *Pro Hac Vice* fee to the Clerk of Court.

Dated:   January __, 2013

_____
United States District / Magistrate Judge

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

    BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **seventeenth** day of **December** A.D. **1999**, said Court being the highest Court of Record in said Commonwealth:

## Emily C. Shanahan

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

    In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twelfth** day of December in the year of our Lord **two thousand and twelve**.



MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116