UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGMUND COHN CORP., <br><br> Plaintiff, <br><br> v. <br><br> MARSHALL ENGINEERING, INC., JOSEPH MARSHALL, and INTERNATIONAL ROLLING MILLS, INC. <br><br> Defendants. | Civil Action No. 12-CV-8053 (VLB) <br><br> **MOTION FOR ADMISSION** <br> ***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Mark S. Furman, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for International Rolling Mills, Inc. in the above-captioned action.

I am in good standing of the bars of the Commonwealth of Massachusetts and the state of New Hampshire and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:   January 4, 2013

                                      Respectfully submitted,

                                      s/Mark S. Furman
                                      Applicant Signature
                                      Applicant's Name:   Mark S. Furman
                                      Firm Name:   Tarlow, Breed, Hart & Rodgers, P.C.
                                      Address:   101 Huntington Ave., 5th Floor, Prudential Center
                                      City / State / Zip:   Boston, MA  02199
                                      Telephone / Fax:   617.218.2000 / 617.261.7673
                                      Email:   mfurman@tbhr-law.com

nydocs1-1000233.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGMUND COHN CORP., <br><br> Plaintiff, <br><br> v. <br><br> MARSHALL ENGINEERING, INC., JOSEPH MARSHALL, and INTERNATIONAL ROLLING MILLS, INC. <br><br> Defendants. | Civil Action No. 12-CV-8053 (VLB) <br><br> **ORDER FOR ADMISSION** <br> *PRO HAC VICE* |

The motion of Mark S. Furman for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Massachusetts and the state of New Hampshire; and that his contact information is as follows:

> Applicant's Name: Mark S. Furman
> Firm Name: Tarlow, Breed, Hart & Rodgers, P.C.
> Address: 101 Huntington Ave., 5th Floor, Prudential Center
> City / State / Zip: Boston, MA  02199
> Telephone / Fax: 617.218.2000 / 617.261.7673

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for International Rolling Mills, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

nydocs1-1000234.1

the Rules governing discipline of attorneys.  Counsel shall immediately forward the *Pro Hac Vice* fee to the Clerk of Court.

Dated:   January __, 2013

                                                                                      _____
                                                                                      United States District / Magistrate Judge

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fourteenth** day of **December** A.D. **1977**, said Court being the highest Court of Record in said Commonwealth:

**Mark S. Furman**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twelfth** day of December in the year of our Lord **two thousand and twelve.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# The State of New Hampshire Supreme Court

## Certificate of Good Standing

This is to certify that

*Mark S. Furman*

having been found qualified for admission to the bar, in accordance with the Rules of Court, and having subscribed and taken the oaths required by law on,

May 17, 1979,

was admitted to practice as an Attorney in the Courts of this State, and, on this date, is in good standing according to the records of this Court.

*In Testimony Whereof,* I have hereunto set my hand, and affixed the seal of said Court, this 10th day of December, 2012.

_____ Clerk