# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

SIGMUND COHN CORP.,

                Plaintiff,

v.

MARSHALL ENGINEERING, INC., JOSEPH MARSHALL, and INTERNATIONAL ROLLING MILLS, INC.

                Defendants.

Civil Action No. 12-CV-8053 (VLB)

**ORDER FOR ADMISSION**
*PRO HAC VICE*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-8-13

The motion of Emily C. Shanahan for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Massachusetts; and that her contact information is as follows:

    Applicant's Name: Emily C. Shanahan
    Firm Name: Tarlow, Breed, Hart & Rodgers, P.C.
    Address: 101 Huntington Ave., 5th Floor, Prudential Center
    City / State / Zip: Boston, MA 02199
    Telephone / Fax: 617.218.2000 / 617.261.7673

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for International Rolling Mills, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

nydocs1-1000236.1

the Rules governing discipline of attorneys. Counsel shall immediately forward the *Pro Hac Vice* fee to the Clerk of Court.

Dated:   January 8, 2013

_____
United States District / ~~Magistrate~~ Judge

2

nydocs1-1000236.1