UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
SIGMUND COHN CORP.,

                              Civil Action No.
                              12-CIV-8053 (VLB)(GAY)

             Plaintiff,

    -against-                           **AFFIDAVIT OF
                                         SERVICE**

MARSHALL ENGINEERING, INC., JOSEPH
MARSHALL, and INTERNATIONAL ROLLING
MILLS, INC.,

                         Defendants.
-----------------------------------------------------------------X

STATE OF NEW YORK   )
                                 ) s.s.:
COUNTY OF NEW YORK )

       Laura Conway Fried, being duly sworn, states:

       I am over 18 years of age, am not a party to this action and reside in Westchester County, New York. On January 18, 2013, I caused a true and correct copy of Plaintiff Sigmond Cohn Corp.'s Reply to Marshall Engineering, Inc.'s Counterclaims to be served by posting said document electronically to the ECF website of the United States District Court for the Southern District of New York on all registered parties in this action and by delivering a true copy of same, enclosed in a properly addressed envelope by Federal Express overnight delivery service addressed to the below recipient:

Kerry T. Ryan, Esq.
Morrissey, Wilson & Zafiropoulos, LLP
35 Braintree Hill Office Park
Suite 404
Braintree, MA 02184

                                                           _Laura Conway Fried_
                                                           Laura Conway Fried

Sworn to before me this
18th day of January, 2013

_____
     Notary Public

                    ISIDORE ZIMERMAN
          Notary Public, State of New York
20261226v1                No. 4505754
               Qualified in Rockland County
          Certificate Filed In New York County
         Commission Expires July 31, 20_13