UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGMUND COHN CORP., <br><br> *Plaintiff* <br><br> -v- <br><br> MARSHALL ENGINEERING, INC., JOSEPH MARSHALL and INTERNATIONAL ROLLING MILLS, INC., <br><br> *Defendants.* | Civil Action No. <br><br> 7:2012cv08053 (VLB) |

## DECLARATION PURSUANT TO LOCAL CIVIL RULE 1.4

MITCHELL G. MANDELL declares as follows:

1. I am an attorney admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York. I am a partner in the law firm White and Williams LLP ("White and Williams").

2. I submit this declaration pursuant to Local Civil Rule 1.4 of United States District Courts for the Southern and Eastern Districts of New York and in support of the proposed stipulation and order substituting White and Williams for Snitow Kanfer Holtzer & Millius LLP ("Snitow") as counsel of record for Joseph Marshall and Marshall Engineering, Inc., defendants in the above-captioned action.

3. Mr. Marshall and Marshall Engineering have requested that White and Williams represent them in this action and have consented to the withdrawal of Snitow.

-2-

4. The Complaint in this action was filed on November 5, 2012. An answer was filed on behalf of Mr. Marshall and Marshall Engineering, Inc. on December 28, 2012.

5. The Initial Case Management and Scheduling Conference is scheduled to take place before this Court on February 14, 2013.

6. I respectfully submit that the substitution of counsel at this time will provide White and Williams adequate time to prepare for the Initial Case Management and Scheduling Conference and will not delay this action, nor will it prejudice any party.

7. Therefore, it is respectfully requested that the Court approve the Stipulation and Substitution of Counsel.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the forgoing is true and correct.

Executed on February 7, 2013

*/s/ Mitchell G. Mandell*
Mitchell G. Mandell
White and Williams LLP
One Penn Plaza
250 W. 34th Street Suite 4110
New York, NY 10119

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SIGMUND COHN CORP.,

        *Plaintiff*

-v-

MARSHALL ENGINEERING, INC., JOSEPH MARSHALL and INTERNATIONAL ROLLING MILLS, INC.,

        *Defendants.*

---

Civil Action No.

7:2012cv08053 (VLB)

## STIPULATION AND ORDER SUBSTITUTING COUNSEL

IT IS HEREBY STIPULATED AND AGREED that upon the annexed declaration of Jay Shapiro in accordance with Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, with the approval of Defendants Joseph Marshall and Marshall Engineering, Inc., and subject to the approval of the Court, Snitow Kanfer Holtzer & Millus LLP ("Snitow") and hereby withdraw as counsel for Joseph Marshall and Marshall Engineering, Inc., and White and Williams LLP is hereby substituted as counsel of record for Joseph Marshall and Marshall Engineering, Inc., in this action, effective as of the date indicated below.

Dated:
New York, NY
February 11, 2013

Snitow Kanfer Holtzer & Millus LLP

By: *[signature]*
Virginia Kristina Trunkes
575 Lexington Avenue

New York, NY 10022
(212)-317-8500
Fax: (212)-317-1308
Email: vtrunkes@skhmlaw.com

White and Williams LLP

By: _____
Mitchell G. Mandell
One Penn Plaza, Suite 4110
New York, NY 10110
(212) 631-4420
Fax: (212) 631-4432
Mandellm@whiteandwilliams.com

Marshall Engineering, Inc.

By: _____
Joseph Marshall

_____
Joseph Marshall

SO ORDERED:


_____
U.S.D.J.