UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGMUND COHN CORP., <br><br> *Plaintiff* <br><br> -v- <br><br> MARSHALL ENGINEERING, INC., JOSEPH MARSHALL and INTERNATIONAL ROLLING MILLS, INC., <br><br> *Defendants.* | Civil Action No. <br><br> 7:2012cv08053 (VLB) <br><br> MOTION FOR ADMISSION PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Michael N. Onufrak hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Joseph Marshall and Marshall Engineering, Inc. in the above-captioned action.

I am in good standing of the bars of the states of Pennsylvania and New Jersey and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 27, 2013

Respectfully submitted,

s/Michael N. Onufrak
Michael N. Onufrak, Esq.
White and Williams LLP
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
Phone: 215-864-7174
Fax: 215-789-7674
Email: onufrakm@whiteandwilliams.com

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **MICHAEL N ONUFRAK** (No. **004001985**) was constituted and appointed an Attorney at Law of New Jersey on **April 01, 1986** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **14TH** day of **February**, 20 **13**.

_____
Clerk of the Supreme Court

-453a-



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Michael N. Onufrak, Esq.*

**DATE OF ADMISSION**

*May 13, 1985*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: February 15, 2013**

_____
Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SIGMUND COHN CORP., | : | Civil Action No. |
| *Plaintiff* | : | 7:2012cv08053 (VLB) |
| -v- | : | |
| MARSHALL ENGINEERING, INC., JOSEPH MARSHALL and INTERNATIONAL ROLLING MILLS, INC., | : | **ORDER FOR ADMISSION PRO HAC VICE** |
| *Defendants.* | : | |

The motion of Michael N. Onufrak for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Pennsylvania and New Jersey and that his contact information is as follows:

Michael N. Onufrak, Esq.
White and Williams LLP
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
Phone: 215-864-7174
Fax: 215-789-7674

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Joseph Marshall and Marshall Engineering, Inc. in the above-captioned action;

**IT IS HEREBY ORDERED** that applicant is admitted to practice Pro Hac Vice in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____  _____
United States District Judge