UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SIGMUND COHN CORP.,

                                  Plaintiff,

-against-

MARSHALL ENGINEERING, INC., JOSEPH
MARSHALL, and INTERNATIONAL ROLLING
MILLS, INC.,

                                  Defendants.
-----------------------------------------------------------------X

Civil Action No.
12-CIV-8053 (VLB) (GAY)

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE

        WHEREAS, through mediation held on June 6, 2013, and to avoid costly litigation, the parties in the above-entitled action reached an agreement to amicably settle this litigation and all other claims whether or not related to this litigation; and,

        WHEREAS, on June 25, 2013, the parties hereto duly executed a Confidential Settlement And Mutual Release Agreement; and,

        WHEREAS, pursuant to the Confidential Settlement And Mutual Release Agreement, the parties hereto agreed to, *inter alia*, promptly seek to discontinue this litigation with prejudice;

        NOW, THEREFORE, in consideration of the mutual promises and other consideration recited in the Confidential Settlement And Mutual Release Agreement;

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto, that the above-entitled action, including but not limited to any and all claims and counterclaims asserted therein, shall be and hereby are discontinued and dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

11637064v.1
20576146v1

DATED: June 27, 2013

TROUTMAN SANDERS LLP

By: *(signed)*
Aurora Cassirer, Esquire
Bennet Moskowitz, Esquire
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 704-6000
aurora.cassirer@troutmansanders.com
bennet.moskowitz@troutmansanders.com

*Attorneys for Sigmund Cohn Corp.*

WHITE AND WILLIAMS LLP

By: *(signed)*
Michael N. Onufrak, Esquire
(admitted *pro hac vice*)
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103
Tel: (215) 864-7174
onufrakm@whiteandwilliams.com

*Attorneys for Marshall Engineering, Inc. and Joseph Marshall*

TARLOW BREED HART & ROGERS, P.C.

By: *(signed Emily C. Shanahan)*
Mark S. Furman, Esquire (admitted *pro hac vice*)
Emily C. Shanahan, Esquire (admitted *pro hac vice*)
101 Huntington Avenue, Fifth Floor
Prudential Center
Boston, MA 02199
Tel: (617) 218-2000
mfurman@tbhr-law.com
eshanahand@tbhr-law.com

and

Anna M. Piazza, Esquire
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 278-1307
apiazza@andersonkill.com

*Attorneys for International Rolling Mills, Inc.*

SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.

July 1 ~~June~~ ___, 2013
White Plains, New York